CHIQUÉS, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura sobre préstamo e hipoteca.

No. 391.—Resuelto en noviembre 26, 1918.

INSCRIPCIONES—IDENTIDAD DE LAS FINCAS—EXCESO DE CABIDA.—Las diferencias de poca importancia que se adviertan en la cabida de las fincas, entre lo que

resulte de los asientos del registro y lo que aparezca de los documentos que se presenten para su inscripción, no son bastantes para negar la identidad de las fincas, especialmente cuando en los linderos no haya diferencia alguna. Los registradores deben hacer constar en el registro la diferencia de cabida en la forma que determina el reglamento.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena Latorre.*

El Registrador, Sr. Pedro Gómez Lasserre, no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La única cuestión envuelta en este recurso es la de que en la escritura presentada para su inscripción se hace constar mayor cabida de la que aparece anteriormente inscrita. El recurrente nos indica en primer lugar que el exceso es menos de la quinta parte de la cabida total inscrita y que semejante exceso de tan escasa importancia está permitido en virtud de las Resoluciones de la Dirección General de los Registros de España, de 9 de noviembre de 1877, 8 de julio de 1878, 7 de septiembre de 1880 y 8 de marzo de 1898, *Diccionario de Jurisprudencia Hipotecaria,* por Odriozola, páginas 774, 776 y 777, y la decisión de esta corte en el caso de *Cobb* v. *El Registrador de Caguas,* 12 D. P. R. 218.

Asimismo, que la finca cuya inscripción se pretende está descrita exactamente con las mismas colindancias que siempre ha tenido y que por lo tanto la descripción posiblemente mal hecha carece de significación alguna.

Convenimos con el recurrente, por lo que la nota del registrador es de revocarse.

> *Revocada la nota recurrida y ordenada la inscripción solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.